United States Courts
Southern District of Texas
FILED
*September 29, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **Criminal No.** |
| **v.** | § | **4:26-cr-630** |
| | § | |
| **CHARLES AHAIWE** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## INFORMATION

### General Allegations

At all times material to this Information, unless otherwise specified:

1. The Texas Medicaid program (Medicaid) was a state program, jointly funded by the State of Texas and the federal government. The Texas Health and Human Services Commission administered Medicaid. Medicaid provided medical and related services to families with dependent children and aged, blind, or disabled individuals whose incomes and other financial and economic resources are insufficient to allow them to meet the cost of necessary medical services. Individuals eligible under the Medicaid program are referred to as Medicaid "recipients". Medicare and Medicaid are both "health care benefit programs" as defined by Title 18, United States Code, Section 24(b).

### SOUTH POST OAK PHARMACY

2. South Post Oak Pharmacy ("Post Oak") was a purported home health agency doing business at 14206 South Post Oak Road. Post Oak operated from January 2015 through December 2022.

## DEFENDANT

3. **CHARLES AHAIWE ("AHAIWE"),** a resident of Harris County, was the owner/administrator of Post Oak.

## Co-Conspirators

4. **RECRUITER 1** sold Medicaid patient data to AHAIWE in exchange for kickbacks.

## COUNT ONE

**Conspiracy to Commit Healthcare Fraud**
**(Violation of 18 U.S.C. § 371)**

5. Paragraphs 1 through 10 are re-alleged and incorporated by reference as if fully set forth herein.

6. From in or around January 2015 through in or December of 2022, the exact dates being unknown to the Grand Jury, in the Houston Division of the Southern District of Texas, and elsewhere, defendants

**CHARLES AHAIWE**

did knowingly and willfully combine, conspire, confederate and agree with others known and unknown to the grand jury, to violate Title 18, United States Code, Section 1347, that is, to execute a scheme and artifice to defraud a healthcare benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, Medicare, and to obtain, by means of materially false and fraudulent pretenses, representations and promises, money and property owned by, and under the custody and control of, said healthcare benefit program, in connection with the delivery of and payment for healthcare benefits, items, and services.

**Purpose of the Conspiracy**

7. It was a purpose of the conspiracy for **CHARLES AHAIWE** and others known and unknown to the Grand Jury, to unlawfully enrich themselves by (a) submitting false and fraudulent claims to Medicaid, (b) concealing the submission of false and fraudulent claims to Medicaid and the and the receipt and transfer of proceeds from the fraud, and (c) diverting proceeds of the fraud for the personal use and benefit of defendants and their co-conspirators.

**Manner and Means of the Conspiracy**

The manner and means by which defendants sought to accomplish the purpose of the conspiracy included, among other things:

8. **AHAIWE** obtained a Medicare provider number, where he submitted claims to Medicaid for prescriptions that were not medically necessary, not provided, or both.

9. On or about May 15, 2018, **AHAIWE** would and did open checking account number 1440002017931, in the name of Charles Ahaiwe at Truist Bank, where **AHAIWE** was the sole signatory and where Medicaid would deposit payments.

10. **AHAIWE** would and did bill Medicaid using names of beneficiaries that were not patients of POST OAK. Beneficiaries did not need prescription medications, were not treated by a physician, and had never been patients of POST OAK.

11. Co-Conspirator RECURITER 1 recruited Medicaid patients to various providers. RECRUITER 1 sold Medicaid patient data to AHAIWE from June 2018 to April 2022 and received a total of 108,000 dollars in kickbacks for the data

12. **AHAIWE** submitted and caused the submission of claims to Medicaid for prescription medications that were not medically necessary, not provided, or both.

From March 1, 2018 through in or around March 3, 2023, POST OAK billed Medicaid approximately 4.5 million dollars for purported prescription medications. Medicaid paid approximately 3.7 million dollars on those claims.

13. After Medicaid deposited payments into the bank accounts of POST OAK, **AHAIWE** transferred proceeds of the fraud to himself and other known and unknown co-conspirators.

All in violation of Title 18, United States Code, Section 371.

**NOTICE OF CRIMINAL FORFEITURE**

**(18 U.S.C. § 982(a)(7))**

1. Pursuant to United States Code, Section 982(a)(7), the United States of America gives notice to defendant, **CHARLES AHAIWE** that, in the event of conviction for any of the violations charged in Count One of the Information, the United States intends to forfeit all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of any such offense, including but not limited to, a money judgment in the amount of at least 3.7 million dollars in United States currency.

2. In the event that the property subject to forfeiture as a result of any act or omission of a defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided

without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the total value of the property subject to forfeiture, pursuant to Title 21, United States Code, Section 853(p), incorporated by reference in Title 18, United States Code, Section 982(b)(1).

AARON F. REITZ
UNITED STATES ATTORNEY

Tina Ansari
TINA ANSARI
ASSISTANT UNITED STATES ATTORNEY